# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

NELSON VASQUEZ,

    Plaintiff,

                                              CASE NO.: 8:23-cv-1165

v.

TARGET CORPORATION,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

    COME NOW, the Plaintiff **NELSON VASQUEZ**, and Defendant **TARGET CORPORATION,** through undersigned counsel, and pursuant to Local Rule 3.09(a) hereby file this Joint Notice of Settlement, and advises the Court that Plaintiff and Target Corporation have reached a settlement agreement and are in the process of preparing settlement documents.

                                                         Respectfully submitted,

Date: __9/3/2024__                          Date: 9/3/2024

| MORGAN & MORGAN – TAMPA, P.A. | HILL WARD HENDERSON, P.A. |
|---|---|
| /s/ Gabriel K. Silveira<br>Gabriel K. Silveira, FBN: 1033221<br>gsilveira@forthepeople.com<br>katherinecastro@forthepeople.com<br>201 N. Franklin Street, 7th Floor<br>Tampa, FL 33602<br>Ph: (813) 577-4756<br>**Attorneys for Plaintiff** | /s/ Sherilee J. Samuel<br>Sherilee J. Samuel, FBN: 017499<br>sherilee.samuel@hwhlaw.com<br>Rachel E. Eilers, FBN: 1017929<br>rachel.eilers@hwhlaw.com<br>3700 Bank of America Plaza<br>101 East Kennedy Boulevard<br>Tampa, FL 33602<br>Ph. 813.221.3900<br>Fax 813.221.2900<br>**Attorney for Target Corporation** |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed through the *CM/ECF E-Filing Portal* and copies have been furnished via email to counsel of record on **September 3, 2024**.

/s/ Sherilee J. Samuel
**Sherilee J. Samuel, Esq.**
**HILL WARD HENDERSON**
**Attorneys for Defendant, Target Corporation**

20013059v1